IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

452 ROUTT DRIVE, LOVELAND, COLORADO,

    Defendant.

---

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
---

The United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1. The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of 452 Routt Drive, Loveland, Colorado ("defendant 452 Routt Drive" or the "defendant property") based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located and most of the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

The defendant property, 452 Routt Drive, Loveland, Colorado, is more fully described as:

> Lot 57, Block 2, Wintergreen Second Subdivision, City of Loveland, County of Larimer, State of Colorado.

The defendant property was purchased on April 14, 2017 by Neal Wohlmuth for $395,555. In January 2023, Neal Wohlmuth signed and recorded a Special Warranty Deed purporting to convey the defendant property to the Neal R. Wohlmuth Trust.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Purchase of the Property in 2017**

1. As noted above, Neal Wohlmuth purchased the defendant property in April 2017.

2. After purchasing the defendant property, Neal Wohlmuth almost immediately installed a second air conditioning unit on what was a newly built house with a complete existing heating, ventilation, and air conditioning system.

3. After moving into the defendant property, Neal Wohlmuth blacked out the basement windows.

4. After approximately six months of living at the defendant property, Neal Wohlmuth began living in a recreational vehicle ("RV") and other individuals began showing up at the defendant property.

**April 2023 Stop of Steven Lajoie**

5. In April 2023, Steven Lajoie was stopped by Nebraska State Patrol for speeding.

6. During the stop, Steven Lajoie told law enforcement officers that his address was 452 Routt Drive, Loveland, Colorado.

7. Law enforcement officers searched the vehicle Steven Lajoie was driving. Among other things, law enforcement officers found approximately 54 pounds of finished marijuana product in vacuum sealed bags in the vehicle.

8. The vehicle Steven Lajoie was driving in April 2023 was a rental.

9. Steven Lajoie also rented a vehicle in Fort Collins, Colorado, on November 14, 2022 and returned it on November 18, 2022, after driving approximately 3,101 miles.

10. Steven Lajoie also rented a vehicle in Fort Collins, Colorado, on January 17, 2023 and returned it on January 21, 2023, after driving approximately 3,110 miles.

**Electrical Usage at the Defendant Property**

11. Records from the City of Loveland Utility Billing Division list the account holder at defendant 452 Routt Drive as Neal Wohlmuth. Soon after Neal Wohlmuth purchased the defendant property, the electrical usage increased significantly. The electrical usage at the defendant property remained elevated through September 2023.

12. The electrical usage at the defendant property for 2017 was:

| Read Date | Consumption in kWH | Days in Billing Period | Other Information |
|---|---|---|---|
| 1/10/2017 | 55 | 33 | |
| 2/8/2017 | 252 | 29 | |
| 3/7/2017 | 165 | 27 | |

| Read Date | Consumption in kWH | Days in Billing Period | |
|---|---:|---:|---|
| 4/14/2017 | 334 | 38 | Purchased by Neal Wohlmuth |
| 5/5/2017 | 149 | 21 | |
| 6/6/2017 | 518 | 32 | |
| 7/7/2017 | 4,312 | 31 | |
| 8/9/2017 | 13,021 | 33 | |
| 9/11/2017 | 17,774 | 33 | |
| 10/9/2017 | 14,274 | 28 | |
| 11/6/2017 | 11,989 | 28 | |
| 12/6/2017 | 15,603 | 30 | |

13. Between January 2018 and December 2018, the average electrical usage at defendant 452 Routt Drive was 14,779.15 kWH. Based on my training and experience, homes of comparable size use on average between 500 and 1,200 kWh of electricity per month.

14. The electrical usage at the defendant property for 2018 was:

| Read Date | Consumption in kWH | Days in Billing Period |
|---|---:|---:|
| 1/4/2018 | 15,619 | 29 |
| 2/5/2018 | 17,785 | 32 |
| 3/7/2018 | 15,628 | 30 |
| 4/6/2018 | 17,035 | 30 |
| 5/8/2018 | 18,303 | 32 |
| 6/7/2018 | 16,489 | 30 |
| 7/11/2018 | 20,491 | 34 |
| 8/8/2018 | 14,101 | 28 |
| 9/7/2018 | 14,565 | 30 |
| 10/3/2018 | 11,164 | 26 |
| 10/9/2018 | 2,138 | 6 |
| 11/7/2018 | 14,149 | 29 |
| 12/10/2018 | 14,662 | 33 |

15. Between January 2019 and December 2019, the average electrical usage at defendant 452 Routt Drive was 11,975.67 kWH. The electrical usage at the defendant property for 2019 was:

4

| Read Date | Consumption in kWH | Days in Billing Period |
|---:|---:|---:|
| 1/8/2019 | 11,155 | 29 |
| 2/8/2019 | 14,065 | 31 |
| 3/7/2019 | 6,509 | 27 |
| 4/8/2019 | 6,119 | 32 |
| 5/7/2019 | 9,246 | 29 |
| 6/6/2019 | 13,164 | 30 |
| 7/10/2019 | 14,659 | 34 |
| 8/9/2019 | 14,828 | 30 |
| 9/10/2019 | 15,878 | 32 |
| 10/8/2019 | 12,129 | 28 |
| 11/8/2019 | 13,154 | 31 |
| 12/10/2019 | 12,802 | 32 |

16.     Between January 2020 and December 2020, the average electrical usage at defendant 452 Routt Drive was 16,028.17 kWH. The electrical usage at the defendant property for 2020 was:

| Read Date | Consumption in kWH | Days in Billing Period |
|---:|---:|---:|
| 1/9/2020 | 14,705 | 30 |
| 2/7/2020 | 15,068 | 29 |
| 3/10/2020 | 16,441 | 32 |
| 4/8/2020 | 15,519 | 29 |
| 5/7/2020 | 15,261 | 29 |
| 6/8/2020 | 17,210 | 32 |
| 7/8/2020 | 16,167 | 30 |
| 8/6/2020 | 16,877 | 29 |
| 9/8/2020 | 17,854 | 33 |
| 10/7/2020 | 15,623 | 29 |
| 11/6/2020 | 15,164 | 30 |
| 12/9/2020 | 16,449 | 33 |

17.     Between January 2021 and December 2021, the average electrical usage at defendant 452 Routt Drive was 13,863.08 kWH. The electrical usage at the defendant property for 2021 was:

| Read Date | Consumption in kWH | Days in Billing Period |
|---|---:|---:|
| 1/8/2021 | 14,905 | 30 |
| 2/9/2021 | 16,026 | 32 |
| 3/10/2021 | 14,270 | 29 |
| 4/9/2021 | 14,603 | 30 |
| 5/11/2021 | 16,061 | 32 |
| 6/7/2021 | 14,877 | 27 |
| 7/8/2021 | 15,333 | 31 |
| 8/6/2021 | 15,083 | 29 |
| 9/8/2021 | 15,821 | 33 |
| 10/7/2021 | 14,965 | 29 |
| 11/5/2021 | 6,937 | 29 |
| 12/7/2021 | 7,476 | 32 |

18. Between January 2022 and December 2022, the average electrical usage at defendant 452 Routt Drive was 11,044.58 kWH. The electrical usage at the defendant property for 2022 was:

| Read Date | Consumption in kWH | Days in Billing Period |
|---|---:|---:|
| 1/7/2022 | 12,126 | 31 |
| 2/8/2022 | 14,398 | 32 |
| 3/9/2022 | 13,761 | 29 |
| 4/7/2022 | 12,805 | 29 |
| 5/6/2022 | 12,937 | 29 |
| 6/7/2022 | 13,873 | 32 |
| 7/7/2022 | 15,694 | 30 |
| 8/8/2022 | 12,678 | 32 |
| 9/8/2022 | 12,520 | 31 |
| 10/7/2022 | 8,504 | 29 |
| 11/7/2022 | 8,195 | 31 |
| 12/8/2022 | 7,411 | 31 |

19. Between January 2023 and September 2023, the average electrical usage at defendant 452 Routt Drive was 7,731.67 kWH. The electrical usage at the defendant property for that period was:

| Read Date | Consumption in kWH | Days in Billing Period |
|---:|---:|---:|
| 1/10/2023 | 5,471 | 33 |
| 2/10/2023 | 8,013 | 31 |
| 3/13/2023 | 10,150 | 31 |
| 4/10/2023 | 8,499 | 28 |
| 5/9/2023 | 6,805 | 29 |
| 6/9/2023 | 8,832 | 31 |
| 7/10/2023 | 8,521 | 31 |
| 8/8/2023 | 4,241 | 29 |
| 9/8/2023 | 9,053 | 31 |

**October 2023 Surveillance of the Defendant Property**

20. On October 16, 2023, a Mercedes RV registered to Neal Wohlmuth was observed at defendant 452 Routt Drive during the morning hours.

21. At approximately 10:00 a.m. on October 16, 2023, a white male matching the description of Neal Wohlmuth was observed exiting from the garage of defendant 452 Routt Drive and leaving in the Mercedes RV.

22. On October 17, 2023, Neal Wohlmuth was positively identified and observed collecting the mail at the defendant property and bringing it into the residence.

23. Also on October 17, 2023, Neal Wohlmuth was observed helping Severine Vuillermoz and Amanda Smith remove a storage box from the top of Severine Vuillermoz's vehicle, which was parked in the driveway of the defendant property.

**October 20, 2023 Search of the Defendant Property**

24. On October 20, 2023, a search warrant was executed at defendant 452 Routt Drive.

25. During the search, law enforcement officers found a large marijuana grow in the basement of the defendant property.

26. The marijuana grow included approximately 393 marijuana plants.

27. During the search of defendant 452 Routt Drive, law enforcement officers also found approximately 25 pounds of finished marijuana product in vacuum sealed bags and $41,080 in United States currency.

### 452 Routt Drive is Not a Registered Grow Site

28. The defendant property is not registered with the state of Colorado as a licensed medical marijuana caregiver grow site.

29. In 2013, the City of Loveland adopted an ordinance banning all marijuana retailers, commercial grows, and other related businesses within the city limits of Loveland.

### Conclusion

30. Based on the facts and circumstances described above, evidence shows that the defendant property was involved in the illegal cultivation and distribution of marijuana.

VERIFICATION OF JASON TEMPCO
SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent Jason Tempco, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Jason Tempco
Special Agent - DEA

**FIRST CLAIM FOR RELIEF**

31. The Plaintiff repeats and incorporates by reference the paragraphs above.

32. By the foregoing and other acts, defendant 452 Routt Drive, Loveland, Colorado, constitutes property used or intended to be used in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, *et seq.*, and is therefore forfeitable to the United Stated pursuant to 21 U.S.C. § 881(a)(7).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 4th day of December 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: /s/ *Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*